NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLACKBERRY LIMITED,**
*Appellant*

**v.**

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2021-1124

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00706.

---

**JUDGMENT**

---

JAMES M. GLASS, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for appellant. Also represented by SEAN GLOTH, II; JAMES R. ASPERGER, Los Angeles, CA; FELIPE CORREDOR, SAM STEPHEN STAKE, San Francisco, CA, KEVIN P.B. JOHNSON, Redwood Shores, CA.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by PETER J. AYERS, MICHAEL S. FORMAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court